CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 09 2007

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

KEVIN JOHNSON, # 185492,    )
    Plaintiff,    )    Civil Action No. 7:07CV00194
    )
v.    )    **FINAL ORDER**
    )
KELLY CHRIS,    )    **By: Hon. Jackson L. Kiser**
    Defendants.    )    **Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that

1)    Plaintiff's motion to proceed in forma pauperis is hereby **DENIED** as **MOOT**;

2)    This case is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C.

§1915(g) and the matter shall be stricken from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and

accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 9th day of May, 2007.

Senior United States District Judge